■ ELLSWORTH C. SIMPSON, Appellant, v POLYLOK CORPORATION, Respondent, et al., Defendants. — Orders, Supreme Court, New York County (Dontzin, J.), entered on December 1, 1980 and January 27, 1981, respectively, and judg-

ment entered on February 5, 1981, upon the January 27, 1981 order, unanimously affirmed for the reasons stated by Dontzin, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of these appeals. Concur — Sullivan, J.P., Carro, Markewich and Silverman, JJ.